**No. 09-8489. Wilbert Smith, Petitioner v. Virginia.**

559 U.S. 1010, 130 S. Ct. 1887, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2619.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-8497. Jorge Galindo, Petitioner v. Nebraska.**

559 U.S. 1010, 130 S. Ct. 1887, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2711.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 278 Neb. 599, 774 N.W.2d 190.

**No. 09-8502. P. S., et al., Petitioners v. Franklin County Children Services.**

559 U.S. 1011, 130 S. Ct. 1887, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2716.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.

**No. 09-8507. Byron Floyd, Petitioner v. Florida.**

559 U.S. 1011, 130 S. Ct. 1888, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2741,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8513. Hugh Hunter, Petitioner v. Ohio.**

559 U.S. 1011, 130 S. Ct. 1888, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2739.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 123 Ohio St. 3d 164, 915 N.E.2d 292.

**No. 09-8525. Robert T. Pritchard, Sr., Petitioner v. Fayette County Election Bureau, et al.**

559 U.S. 1011, 130 S. Ct. 1888, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2646.

March 22, 2010. Petition for writ of certiorari to the Commonwealth Court of Pennsylvania denied.

**No. 09-8526. Albert A. Young, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford.**

559 U.S. 1011, 130 S. Ct. 1889, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2581.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8527. Michael H. Miller, Petitioner v. Florida.**

559 U.S. 1011, 130 S. Ct. 1889, 176 L. Ed. 2d 372, 2010 U.S. LEXIS 2577.

March 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 19 So. 3d 328.